IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01625-CMA-BNB

CONTINENTAL VOLKSWAGEN, LLC d/b/a McDonald Volkswagen and McDonald Audi, a Colorado limited liability company,

Plaintiff,

v.

JOHN DOE, whose true name is unknown,

Defendant.

_____

**ORDER**
_____

This matter arises on the following motions filed by the plaintiff:

(1)   **Unopposed Motion for Order Authorizing Discovery From Craigslist, Inc. Regarding Identity of Defendant** [Doc. # 3, filed 6/20/2013]; and

(2)   **Unopposed Second Motion for Order Authorizing Service of Subpoena on Craigslist** [Doc. # 11, filed 8/21/2013].

Both motions seek the same relief--an order authorizing service of a subpoena on Craigslist to identify the John Doe defendant so that the defendant may be served.

The motions allege that the Doe defendant made anonymous postings on Craigslist which disparage the plaintiff's commercial activities. The plaintiff requests leave of court to serve limited, immediate discovery on Craigslist prior to a conference under Fed. R. Civ. P. 26(f) in order to obtain information concerning the identity of the Doe defendant.

Rule 26(d), Fed. R. Civ. P., proscribes seeking discovery before the Rule 26(f) conference. The prohibition is not absolute, however, and a court may authorize expedited

discovery on a showing of good cause. Pod-Ners, LLC v. Northern Feed & Bean of Lucerne Ltd. Liability Co., 204 F.R.D. 675, 676 (D. Colo. 2002). "Expedited discovery should be limited, however, and narrowly tailored to seek information necessary to support expedited or preliminary relief." Avaya, Inc. v. Acumen Telecom Corp., 2011 WL 9293 *2 (D. Colo. Jan. 3, 2011).

The plaintiff has shown good cause for the limited discovery requested because it is necessary to identify the defendant so that he, she, or it may be served with process. There appears to be no other source for this information.

IT IS ORDERED:

(1) The Unopposed Motion for Order Authorizing Discovery From Craigslist, Inc. Regarding Identity of Defendant [Doc. # 3] and Unopposed Second Motion for Order Authorizing Service of Subpoena on Craigslist [Doc. # 11] are GRANTED;

(2) The plaintiff is granted leave to serve a subpoena, in the form of Exhibit A [Doc. # 3-1], together with a copy of this Order on Craigslist, Inc., for the limited purpose of ascertaining the identity of the John Doe defendant; and

(3) The plaintiff may use the information obtained pursuant to the subpoena, if any, solely for the purpose of making service of process on the John Doe defendant.

Dated September 18, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge